IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2009-cv-00766-MSK-MJW

**EARL J. GOULD,**

Plaintiff,

v.

**THE CANADA LIFE ASSURANCE COMPANY**, a foreign corporation,
**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**, an Indiana corporation,

Defendants.

---

**ORDER SETTING SETTLEMENT CONFERENCE**
(Docket no. 23)

---

This matter comes before the Court upon the stipulated motion for setting of a settlement conference. Having reviewed the same and being fully advised in the premises, the Court hereby finds and concludes:

The parties' stipulated motion is hereby GRANTED. The Settlement Conference is scheduled in this matter for August 12, 2009, at 3:00 p.m.

Dated this 10TH day of July, 2009.

BY THE COURT:

*/s/ Michael J. Watanabe*
U.S. MAGISTRATE JUDGE

**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**